**Electronically Filed**
**Intermediate Court of Appeals**
**30694**
**03-MAY-2013**
**08:36 AM**

NO. 30694

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

AOAO QUEEN EMMA GARDENS and TOUCHSTONE PROPERTIES, LTD.,
Appellants-Respondents/Appellees,
v.
TOMMY WAI HUNG MA and SINDY YEE MA,
Appellees-Petitioners/Appellants
and
OFFICE OF ADMINISTRATIVE HEARINGS,
CONDOMINIUM DISPUTE RESOLUTION PILOT PROGRAM,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAIʻI,
Appellees/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1257)

ORDER DENYING APPELLEES-PETITIONERS/APPELLANTS'
MOTION FOR PARTIAL RECONSIDERATION
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of "Appellees-Petitioners/Appellants Tommy Wai Hung Ma, and Sindy Yee Ma's Motion for Partial Reconsideration [HRAP 40]" filed on April 27, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, May 3, 2013.

Presiding Judge

Associate Judge

Associate Judge